UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIGEL LUCOMBE,

    Plaintiff,

v.   Case No. 8:25-cv-00736-WFJ-AEP

AMAZING 7 STUDIOS LLC,
PLAXONIC TECHNOLOGIES INC.,
AND LOUIS ALESSI

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to File Electronically as a *Pro Se* Party (Doc. 2). Pursuant to the Rules of this District, Plaintiff, proceeding *pro se*, seeks an Order from this Court allowing to him to file documents electronically through CM/ECF. Upon consideration, the Motion (Doc. 7) is **GRANTED** *in this case only* in accordance with Administrative Procedures for Electronic Filing, Section B(4). Plaintiff is directed to contact the Office of Clerk at (813) 301-5400 for assignment of an ID and password. It is suggested that Plaintiff familiarize himself with the "Administrative Procedures for Electronic Filing," which can be located at www.flmd.uscourts.gov. Failure to comply with the procedures may result in filings being stricken and/or the privilege of electronic filing being revoked.

DONE AND ORDERED in Tampa, Florida, on this 4th day of April 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record